**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 27, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DAJ

07 C 7254

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

Kumon North America, Inc.

v.

Steps to Success, Inc. and Pali Shah

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE NORGLE**
**MAGISTRATE JUDGE SCHENKIER**

| | |
|---|---|
| NAME (Type or print) |
| Fredric A. Cohen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Fredric A. Cohen |
| FIRM |
| Cheng Cohen LLC |
| STREET ADDRESS |
| 1101 West Fulton Market, Suite 200 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6198606 | 312-243-1701 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓       APPOINTED COUNSEL ☐