FILED
DECEMBER 27, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:07-cv-07254    Document 4    Filed 12/27/2007    Page 1 of 1
DAJ

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7254**

In the Matter of                                           Case Number:

Kumon North America, Inc.

v.

Steps to Success, Inc. and Pali Shah

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE NORGLE**
**MAGISTRATE JUDGE SCHENKIER**

| | |
|---|---|
| NAME (Type or print) | |
| Andrew P. Bleiman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Andrew P. Bleiman | |
| FIRM | |
| Cheng Cohen LLC | |
| STREET ADDRESS | |
| 1101 West Fulton Market, Suite 200 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6255640 | 312-243-1701 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐