IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KUMON NORTH AMERICA, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **STEPS TO SUCCESS, INC. and** ) | No.    07 C 7254 |
| **PALI SHAH** ) | |
| ) | **Judge Norgle** |
| ) | **Magistrate Judge Schenkier** |
| **Defendants.** ) | |
| ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on **January 10, 2008**, we filed a copy of the attached Affidavit of Service and Returns of Service on Defendants.

Dated: January 10, 2008              Respectfully submitted,

**KUMON NORTH AMERICA, INC.**

By: s/ Andrew P. Bleiman
        One of its Attorneys

Fredric A. Cohen (IL ARDC# 6198606)
Andrew P. Bleiman (IL ARDC# 6255640)
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com