# AFFIDAVIT OF SERVICE

**CASE NUMBER**:  07 C 7254

**PLAINTIFF:**  _KUMON NORTH AMERICA, INC_

**DEFENDANT:**  _STEPS TO SUCCESS, INC and PALI SHAH_

**PERSON SERVED:**  _HOUSEKEEPER, MARIA ANDRADE_

1.   AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, FILED IN THE US DISTRICT COURT FOR THE NORTHERN DISTRICT OF LLINOIS, EASTERN DIVISION AND I SERVED THE ABOVE CITED PARTY WITH A:

      _X_SUMMONS & COMLAINT     ___CITATION     ___RULE  ___ORDER   ___SUBPOENA   ___NOTICE

      ____WAGE DEDUCTION SUMMONS, NOTICE 4 COPIES OF THE AFFIDVIT / INTERROGATORIES

      ____GARNISHMENT SUMMONS & AFFIDAVIT, FOR WHICH I MAILED A COPY TO THE JUDGEMENT DEBTOR WITHIN TWO DAYS OF SERVICE ALONG WITH ANY REQUIRED NOTICE OF EXEMPTION AND / OR CITATION.

2.   **I SERVEVED THE ABOVE CITED PARTY BY**:

      ____**PERSONAL SERVICE**:  PERSONALLY DELIVERING THE COPIES TO THE ABOVE CITED PARTY

      _X_ **SUBSTITUTE SERVICE**: LEAVING THE COPIES WITH OR IN THE PRESENSE OF _HOUSEKEEPER MARIA_ AT THE ABOVE CITED PARTIES:
            _X_ (HOME) WITH A COMPETENT MEMBER OF THE HOUSEHOLD, AT LEAST 13  YEARS OF AGE, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF.  I THEN MAILED A COPY OF THE PAPERS TO THE ABOVE CITED PARTY SERVED AT HIS/HER USUAL PLACE OF ABODE ON:
            **DATE MAILED**: ___1/2/08_____
            ___(BUSINESS) WITH A PERSON OF AT LEAST 18 YEARS OF AGE, WHO WAS APPARENTLY IN CHARGE AT THE USUAL PLACE OF BUSINESS OF THE ABOVE CITED PARTY:
            **TITLE OF PERSON SERVED**:  _HOUSEKEEPER_____

            **NAME OF PERSON SERVED**:  _MARIA  ANDRADE_____

3.   **DESCRIPTION OF PERSON SERVED**:     MALE    _FEMALE_,  W  B  _H_  A  AMER  INDIAN,

      _5 ' 4 _ " HEIGHT, _150_ " WEIGHT,  _BLK_ EYES,  _BLK_  HAIR,  _40_ AGE, ____GLASSES, ____ FACIAL HAIR

4.   **SERVICE COMPLETED AT**:     _9 WEST LAKE DR_____

      CITY: _South Barrington___  STATE: _IL__  ZIP: _60010__ DATE: _12/31/07___ TIME: _10:25___ AM

5.   **SERVICE NOT COMPLETED BECAUSE**:
      ___PARTY MOVED ___PARTY DECEASED ___INCORRECT ADDRESS ___NO SUCH ADDRESS ___OTHER

6.   **PROCESS SERVER**

      ___ A SPECIAL PROCESS SERVER APPOINTED BY THE CIRCUIT COURT OF _____COUNTY, ILLINOIS TO SERVE PROCESS IN THE ABOVE MENTIONED CAUSE.

      ___EMPLOYEE OF A LICENSED PRIVATE DETECTIVE AGENCY:

            STATE OF ILLINOIS PERMANENT EMPLOYEE REGISTRATION NUMBER: _115- 001077_

            STATE OF ILLINOIS PRIVATE DETECTIVE AGENCY NUMBER: **117-001244**

7.   **COST: $_____**

8.   I DECLARE UNDER PENALTIES AS PROVIDED BY LAW, PURSUANT TO 1-100 OF THE ILLINOIS CODE OF CIVIL PROCEDURE, THAT THE STATEMENTS SET FORTH, HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

      **DATE**: _____    **SIGNATURE**: _____

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

KUMON NORTH AMERICA, INC.

CASE NUMBER:

**07 C 7254**

V.

ASSIGNED JUDGE:

STEPS TO SUCCESS, INC. and PALI SHAH

**JUDGE NORGLE**

DESIGNATED          **MAGISTRATE JUDGE SCHENKIER**

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Steps to Success, Inc.
9 West Lake Drive
South Barrington, Illinois 60010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fredric A. Cohen
Andrew P. Bleiman
CHENG COHEN LLC
1101 West Fulton Market, Suite 200
Chicago, Illinois 60607

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

-----------------------------------
**(By) DEPUTY CLERK**

**December 27, 2007**
-----------------------------------
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE 12-31-2007 |
|---|---|
| NAME OF SERVER (PRINT) R. MURBACH | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *MARIA — HOUSEKEEPER*

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/2/08
            Date                    Signature of Server

OFFICIAL SEAL
CARLEEN A. CLAIR
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 5-25-09

135 N Addison ELMHURST IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KUMON NORTH AMERICA, INC.

V.

STEPS TO SUCCESS, INC. and PALI SHAH

CASE NUMBER: **07 C 7254**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE NORGLE**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Pali Shah
9 West Lake Drive
South Barrington, Illinois 60010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fredric A. Cohen
Andrew P. Bleiman
CHENG COHEN LLC
1101 West Fulton Market, Suite 200
Chicago, Illinois 60607

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

-----------------------------------
**(By) DEPUTY CLERK**

**December 27, 2007**
-----------------------------------
**Date**

O 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-31-2007 |
|---|---|
| NAME OF SERVER *(PRINT)*  R MURBACH | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  MARIA – HOUSE KEEPER

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/2/08
_____        _____
            Date                      *Signature of Server*

OFFICIAL S----
CARLEEN A. C----
NOTARY PUBLIC, STAT--- ---LINOIS
My Commission Exp---- ---- 09

135 N ADDISON ELMHURST IL
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Robert G. Hanrahan Investigations, LLC
135 N. Addison, Suite 224
Elmhurst, IL 60126
ph 630.834.6200 | fax 630.834.6201
rghanrahan@rghinv.com

www.rghinv.com

January 2, 2008

Pallavi Shah
9 West Lake Drive
South Barrington, IL 60010

Dear Ms. Shah:

Pursuant to the rule of Abode Service, I am enclosing herewith a copy of the "Summons In A Civil Case", and "Complaint". I served the aforementioned documents to you in the Abode manner by handing the aforementioned documents to your housekeeper, Maria Andrade at your residence, 9 West Lake Drive, South Barrington, IL 60010 on December 31, 2007.

Sincerely,

Randy R Murbach

RGH: RRM:cac
Enclosures:    Copy of Summons In A Civil Case
               Copy of Complaint

Shah Abode Letter.doc



PITNEY BOWES
$ 001.14⁰
02 1P
0002590681 JAN 02 2008
MAILED FROM ZIP CODE 60154



**RGH**
ROBERT G. HANRAHAN
**INVESTIGATIONS**

135 N. ADDISON AVENUE, SUITE 224
ELMHURST, IL 60126

Pallavi Shah
9 West Lake Drive
South Barrington, IL 60010

