# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00090

Steps to Success, Inc. et al vs. Kumon North America, Inc.
Assigned to: Honorable John W. Darrah
Demand: $75,000
Case in other court: Circuit Court of Cook County, Illinois, 07 CH 37426
Cause: 28:1441 Petition for Removal- Breach of Contract

Date Filed: 01/04/2008
Jury Demand: Plaintiff
Nature of Suit: 196 Contract: Franchise
Jurisdiction: Diversity

## Plaintiff

**Steps to Success, Inc.**   represented by   **Rory A Valas**
Valas and Associates, P.C.
250 Summer Street
Boston, MA 02210
(617) 399-2200
Email: rav@franchiseelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen David Caruso**
Schwartz, Cooper, Greenberg & Krauss
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
(312) 516-4489
Email: ccaruso@scgk.com
*ATTORNEY TO BE NOTICED*

**Seth Mann Rosenberg**

Schwartz, Cooper, Greenberg & Krauss
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
(312) 516-4489
Email: srosenberg@scgk.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Kumon North America, Inc.** | represented by | **Fredric Adam Cohen**<br>Cheng Cohen LLC<br>1101 W. Fulton Market<br>Suite 200<br>Chicago, IL 60607<br>312 243 1717<br>Email: fredric.cohen@chengcohen.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew Peter Bleiman**<br>Cheng Cohen LLC<br>1101 West Fulton Market<br>Suite 200<br>Chicago, IL 60607<br>312 243 1701 x 113<br>Email: andrew.bleiman@chengcohen.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2008 | 1 | NOTICE of Removal from Circuit Court of Cook County, case number (07 CH 37426) filed by Kumon North America, Inc. (Exhibit) Filing fee $350. (tlm) Modified on 1/8/2008 (tlm). (Entered: 01/08/2008) |
| 01/04/2008 | 2 | CIVIL Cover Sheet. (tlm) (Entered: 01/08/2008) |
| 01/04/2008 | 3 | ATTORNEY Appearance for Defendant Kumon North America, Inc. by Andrew Peter Bleiman. (tlm) (Entered: 01/08/2008) |
| 01/04/2008 | 4 | ATTORNEY Appearance for Defendant Kumon North America, Inc. by Fredric Adam Cohen. (tlm) (Entered: 01/08/2008) |
| 01/08/2008 |  | MAILED a Rule 77d notice of removal letter and attorney appearance form to Attorney Carmen D. Caruso. (tlm) (Entered: 01/08/2008) |
| 01/10/2008 | 6 | NOTICE by Kumon North America, Inc. re notice of removal 1 *Notice of Filing* (Attachments: # 1 Exhibit A to Notice of Removal)(Bleiman, Andrew) (Entered: 01/10/2008) |
| 01/10/2008 | 7 | CERTIFICATE of Service by Andrew Peter Bleiman on behalf of Kumon North America, Inc. regarding notice of removal 1 (Bleiman, Andrew) (Entered: 01/10/2008) |
| 01/11/2008 | 8 | ATTORNEY Appearance for Plaintiff Steps to Success, Inc. by Carmen David Caruso (Caruso, Carmen) (Entered: 01/11/2008) |
| 01/11/2008 | 9 | ATTORNEY Appearance for Plaintiff Steps to Success, Inc. by Seth Mann Rosenberg (Rosenberg, Seth) (Entered: 01/11/2008) |

| 01/11/2008 | 10 | MOTION by Plaintiff Steps to Success, Inc. for leave to file *Emergency Motion for Leave to File FIrst Amended Complaint and for Remand* (Caruso, Carmen) (Entered: 01/11/2008) |
|---|---|---|
| 01/11/2008 | 11 | NOTICE of Motion by Carmen David Caruso for presentment of motion for leave to file 10 before Honorable John W. Darrah on 1/14/2008 at 10:00 AM. (Caruso, Carmen) (Entered: 01/11/2008) |
| 01/11/2008 | 12 | MEMORANDUM (Attachments: # 1 Exhibit B# 2 Exhibit B) (Caruso, Carmen) (Entered: 01/11/2008) |
| 01/11/2008 | 13 | Withdrawal of Pleadings and Motion Filed by Local Counsel by Steps to Success, Inc. (Caruso, Carmen) (Entered: 01/11/2008) |
| 01/11/2008 | 14 | MOTION by Plaintiff Steps to Success, Inc. to amend/correct *Complaint* (Valas, Rory) (Entered: 01/11/2008) |
| 01/11/2008 | 15 | *Emergency* NOTICE of Motion by Rory A Valas for presentment of motion to amend/correct 14 before Honorable John W. Darrah on 1/14/2008 at 10:00 AM. (Valas, Rory) (Entered: 01/11/2008) |
| 01/11/2008 | 16 | MOTION by Plaintiff Steps to Success, Inc. to amend/correct MOTION by Plaintiff Steps to Success, Inc. to amend/correct *Complaint* 14 *Memo in Support* (Attachments: # 1 Exhibit A Affidavit# 2 Exhibit B# 3)(Valas, Rory) (Entered: 01/11/2008) |
| 01/13/2008 | 17 | ATTORNEY Appearance for Plaintiff Steps to Success, Inc. by Rory A Valas (Valas, Rory) (Entered: 01/13/2008) |

## PACER Service Center

| | Transaction Receipt | | |
|---|---|---|---|
| | 01/13/2008 23:22:46 | | |
| **PACER Login:** | cc6054 | **Client Code:** | Kumon |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-00090 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |