## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **KUMON NORTH AMERICA, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **STEPS TO SUCCESS, INC.** and **PALI SHAH** | ) | No.   07 C 7254 |
| | ) | |
| | ) | Judge Norgle |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |
| | ) | |

### NOTICE OF MOTION

**To:  SEE ATTACHED CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on **January 18, 2008**, at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle in Courtroom 2346 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's LR 40.4 Motion for Reassignment of Related Case, a copy of which has been served on you.

Dated: January 14, 2008           Respectfully submitted,

**KUMON NORTH AMERICA, INC.**

By: s/ Andrew P. Bleiman
      One of its Attorneys

Fredric A. Cohen (IL ARDC# 6198606)
Andrew P. Bleiman (IL ARDC# 6255640)
**CHENG COHEN LLC**
1101 West Fulton Market
Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I electronically filed the foregoing with the Clerk of Court using the **CM/ECF system** and have sent notification to the following persons via electronic mail:

- **Carmen Caruso**
  ccaruso@schwartzcooper.com

- **Seth Rosenberg**
  srosenberg@schwartzcooper.com

- **Rory Valas**
  rav@franchiseelaw.com

*s/ Andrew P. Bleiman*
Fredric A. Cohen
Andrew P. Bleiman
Attorney for Plaintiff
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, Illinois 60607
Telephone: (312) 243-1701
Fax: (312) 243-1721
Email: fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com