## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Kumon North America, Inc.
                    Plaintiff,

v.                                             Case No.: 1:07−cv−07254
                                               Honorable Charles R. Norgle Sr.

Steps to Success, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

    MINUTE entry before Judge Charles R. Norgle Sr.:Motion to reassign case related case 80 C 90, assigned to Judge Darrah [8] is granted. Motion hearing held on 1/18/2008 regarding motion to reassign case.[8] Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.