# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: 07 C 7254

Kumon North America, Inc.

v.

Steps for Success, Inc. and Pali Shah

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants

| | |
|---|---|
| NAME (Type or print)<br> Rory A. Valas | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Rory A. Valas | |
| FIRM<br> Valas and Associates, P.C. | |
| STREET ADDRESS<br> 250 Summer Street | |
| CITY/STATE/ZIP<br> Boston | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 90785292 | TELEPHONE  NUMBER<br> 617-399-2200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ✔     NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐