**Danielle M. Kays**

| | |
|---|---|
| **From:** | Rory Valas [rav@franchiseelaw.com] |
| **Sent:** | Friday, April 11, 2008 9:30 PM |
| **To:** | Danielle M. Kays |
| **Subject:** | FW: Deposition for Kumon |

**From:** Christina Kelley [mailto:ckelley25@sbcglobal.net]
**Sent:** Friday, April 11, 2008 5:51 PM
**To:** rav@franchiseelaw.com
**Subject:** Deposition for Kumon

I received the subpoena to appear for my deposition very late on Thursday, April 10. I am unable to appear on such short notice. I work full time as a teacher assistant Monday - Friday from 8:00 AM to 3:00 PM. My students have a math test on Tuesday, April 12, that is required to be read to them as part of their IEP. I do not get a substitute to fill in for me. Also, I need to provide at least 3 business days notice in order to take a personal day. I would be able to appear on Thursday, April 14 if possible. Is there any way to move the location to the Hoffman Estates area instead of Chicago? It is very inconvenient for myself and others to travel there when we all live out here. The current location is about 50 miles from where I live, which would take 2 to 3 hours with any type of traffic. Thank you for your time.

Christina Kelley
10708 Oregon Trail
Huntley, IL 60142

**Exhibit A**