**Danielle M. Kays**

| | |
|---|---|
| **From:** | Danielle M. Kays |
| **Sent:** | Friday, March 21, 2008 6:52 PM |
| **To:** | 'Rory Valas' |
| **Cc:** | Fredric Cohen |
| **Subject:** | RE: Kumon v. STS & Shah discovery |

Rory:

I have not heard from you regarding the majority of the issues addressed in my original email sent Wednesday, including confirmation of your client's deposition dates.  Given that this matter is on an expedited trial schedule, please contact me to discuss and resolve all issues soon.

Thanks.

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.4666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com

-----Original Message-----
From: Danielle M. Kays
Sent: Thursday, March 20, 2008 9:14 AM
To: 'Rory Valas'
Subject: RE: Kumon v. STS & Shah discovery

Rory:

Please send your documents to us via FedEx; our number is 366942467.

I await your response to the other outstanding issues discussed in my email.

Thanks.

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.1666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com

-----Original Message-----
From: Rory Valas [mailto:valasra@yahoo.com]
Sent: Wednesday, March 19, 2008 5:51 PM
To: Danielle M. Kays
Subject: RE: Kumon v. STS & Shah discovery

**Exhibit C**

Do you want to have them picked up from Hoffman Estates or delivered? If delivered please send your FedEx #.
 When can we expect our discovery responses and documents?


Danielle M. Kays wrote:
> Rory:
>
> I
> am writing pursuant to Rule 37 to address the deficiencies in the
> Steps to Success and Shah discovery responses and Rule 26(a)(1)
> initial disclosures.  We have not received your documents in response
> to Kumon's Request for Production and thus cannot evaluate the
> adequacy of that response.  Please send to us copies of the documents
> referenced in your clients' response to Kumon's request for production of documents, and
bill us for the cost.
>
>  The
> following are outstanding items in Steps to Success and Shah's
> responses to interrogatories:  (1) In interrogatory 4, your clients'
> response does not include the dates of employment, qualifications, or
> salary for each individual; and (2) in response to interrogatories 3,
> 4, 5, 6 and 8, your clients indicate that they have responded for the
> "relevant time period."  However, in these interrogatories, Kumon
> inquires about the time period from January 1, 1992 until the present.
> Please confirm that the "relevant time period" for which you have
> answered is equivalent to the time period for which we asked in each interrogatory.
>  If your clients have answered for any period of time less than what
> Kumon has asked, then you must provide a response for the remaining
> time period requested.
>
>  Additionally
> pursuant to Fed. R. Civ. Pro. 26(a)(1), you are required to disclose
> the name, address and telephone number of each individual you list.
> Instead, you have generically identified the "parents" of certain
> students in your clients' disclosure, and fail to even list the names of the parents, let
alone those individuals'
> addresses or telephone numbers.
>
>  Finally,
> we intend to depose Pali Shah on April 17 and 18.  We again ask you
> to confirm these dates for her deposition.   We further request
> dates for the depositions of all individuals listed in your responses
> to interrogatories No. 4 and 9.
>
>  Please
> provide us with this required information as addressed above and
> contact me with any questions.
>
>  Regards,
>
>  Danielle M. Kays
>  CHENG COHEN LLC
>  1101 W Fulton Market, Suite 200
>  Chicago, Illinois 60607
>  T| 312.957.4666
>  M| 312.720.8042
>  F| 312.277.3961

> <u>danielle.kays@chengcohen.com</u>
>
>

**Danielle M. Kays**

| | |
|---|---|
| **From:** | Danielle M. Kays |
| **Sent:** | Wednesday, April 02, 2008 2:08 PM |
| **To:** | Danielle M. Kays; Rory Valas |
| **Cc:** | Fredric Cohen |
| **Subject:** | RE: Kumon v. STS & Shah discovery |

Rory:

We have asked you multiple times to confirm April 17 and 18 as dates for Pali Shah's deposition.  Please confirm by the end of today whether these dates work or provide us with alternative dates.

We also request that you address the discovery issues outlined below.

Thank you.

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.4666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com


-----Original Message-----
From: Danielle M. Kays
Sent: Friday, March 21, 2008 6:52 PM
To: 'Rory Valas'
Cc: Fredric Cohen
Subject: RE: Kumon v. STS & Shah discovery

Rory:

I have not heard from you regarding the majority of the issues addressed in my original email sent Wednesday, including confirmation of your client's deposition dates.  Given that this matter is on an expedited trial schedule, please contact me to discuss and resolve all issues soon.

Thanks.

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.4666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com

-----Original Message-----
From: Danielle M. Kays
Sent: Thursday, March 20, 2008 9:14 AM

1

To: 'Rory Valas'
Subject: RE: Kumon v. STS & Shah discovery

Rory:

Please send your documents to us via FedEx; our number is 366942467.

I await your response to the other outstanding issues discussed in my email.

Thanks.

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.1666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com


-----Original Message-----
From: Rory Valas [mailto:valasra@yahoo.com]
Sent: Wednesday, March 19, 2008 5:51 PM
To: Danielle M. Kays
Subject: RE: Kumon v. STS & Shah discovery

Do you want to have them picked up from Hoffman Estates  or delivered?  If delivered please
send your FedEx #.
 When can we expect our discovery responses and documents?

Danielle M. Kays wrote:
> Rory:
>
> I
> am writing pursuant to Rule 37 to address the deficiencies in the
> Steps to Success and Shah discovery responses and Rule 26(a)(1)
> initial disclosures.  We have not received your documents in response
> to Kumon's Request for Production and thus cannot evaluate the
> adequacy of that response.  Please send to us copies of the documents
> referenced in your clients' response to Kumon's request for production of documents, and
> bill us for the cost.
>
>  The
> following are outstanding items in Steps to Success and Shah's
> responses to interrogatories:   (1) In interrogatory 4, your clients'
> response does not include the dates of employment, qualifications, or
> salary for each individual; and (2) in response to interrogatories 3,
> 4, 5, 6 and 8, your clients indicate that they have responded for the
> "relevant time period."   However, in these interrogatories, Kumon
> inquires about the time period from January 1, 1992 until the present.
> Please confirm that the "relevant time period" for which you have
> answered is equivalent to the time period for which we asked in each interrogatory.
>  If your clients have answered for any period of time less than what
> Kumon has asked, then you must provide a response for the remaining
> time period requested.
>

>   Additionally
> pursuant to Fed. R. Civ. Pro. 26(a)(1), you are required to disclose
> the name, address and telephone number of each individual you list.
> Instead, you have generically identified the "parents" of certain
> students in your clients' disclosure, and fail to even list the names of the parents, let
alone those individuals'
> addresses or telephone numbers.
>
>   Finally,
> we intend to depose Pali Shah on April 17 and 18.   We again ask you
> to confirm these dates for her deposition.    We further request
> dates for the depositions of all individuals listed in your responses
> to interrogatories No. 4 and 9.
>
>   Please
> provide us with this required information as addressed above and
> contact me with any questions.
>
>   Regards,
>
>   Danielle M. Kays
>   CHENG COHEN LLC
>   1101 W Fulton Market, Suite 200
>   Chicago, Illinois 60607
>   T| 312.957.4666
>   M| 312.720.8042
>   F| 312.277.3961
>   <u>danielle.kays@chengcohen.com</u>
>
>

3

## Danielle M. Kays

| | |
|---|---|
| **From:** | Danielle M. Kays |
| **Sent:** | Tuesday, April 08, 2008 2:37 PM |
| **To:** | 'Rory Valas' |
| **Cc:** | 'srosenberg@schwartzcooper.com'; 'CCaruso@schwartzcooper.com'; Fredric Cohen |
| **Subject:** | Kumon v. Shah |
| **Attachments:** | Kumon's First Supp Interrogatories to Defendant.pdf; Kumon Supp Rog Ex A & B.pdf |

Rory:

Your client's document production is not bates stamped and not complete.  The documents Shah produced for all every request do not completely address the years or students requested.  Thus, we want access to all files for inspection at Shah's center.  Send us a date and time that we can come to the center this week and inspect your client's documents.

Also, attached please find Kumon's Supplemental Interrogatories due Monday, April 14.

**Danielle M. Kays**
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.4666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com

1

## Danielle M. Kays

**From:**        Danielle M. Kays
**Sent:**        Friday, April 04, 2008 4:29 PM
**To:**          Danielle M. Kays; 'Rory Valas'
**Cc:**          Fredric Cohen
**Subject:**     RE: Kumon v. STS & Shah discovery


Rory:

Please give us the employment dates as we have asked for the Steps to Success employees
listed in your response to Interrogatory No. 4 by the beginning of the business day Monday or
we will subpoena those individuals.

Thank you.

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.4666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com

-----Original Message-----
From: Danielle M. Kays
Sent: Wednesday, April 02, 2008 2:08 PM
To: Danielle M. Kays; Rory Valas
Cc: Fredric Cohen
Subject: RE: Kumon v. STS & Shah discovery

Rory:

We have asked you multiple times to confirm April 17 and 18 as dates for Pali Shah's
deposition.  Please confirm by the end of today whether these dates work or provide us with
alternative dates.

We also request that you address the discovery issues outlined below.

Thank you.

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.4666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com


-----Original Message-----
From: Danielle M. Kays
Sent: Friday, March 21, 2008 6:52 PM
To: 'Rory Valas'

1

Cc: Fredric Cohen
Subject: RE: Kumon v. STS & Shah discovery

Rory:

I have not heard from you regarding the majority of the issues addressed in my original email sent Wednesday, including confirmation of your client's deposition dates.  Given that this matter is on an expedited trial schedule, please contact me to discuss and resolve all issues soon.

Thanks.

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.4666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com

-----Original Message-----
From: Danielle M. Kays
Sent: Thursday, March 20, 2008 9:14 AM
To: 'Rory Valas'
Subject: RE: Kumon v. STS & Shah discovery

Rory:

Please send your documents to us via FedEx; our number is 366942467.

I await your response to the other outstanding issues discussed in my email.

Thanks.

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.1666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com


-----Original Message-----
From: Rory Valas [mailto:valasra@yahoo.com]
Sent: Wednesday, March 19, 2008 5:51 PM
To: Danielle M. Kays
Subject: RE: Kumon v. STS & Shah discovery

Do you want to have them picked up from Hoffman Estates  or delivered?  If delivered please send your FedEx #.
 When can we expect our discovery responses and documents?

Danielle M. Kays wrote:
> Rory:

> 
>  I
> am writing pursuant to Rule 37 to address the deficiencies in the
> Steps to Success and Shah discovery responses and Rule 26(a)(1)
> initial disclosures.   We have not received your documents in response
> to Kumon's Request for Production and thus cannot evaluate the
> adequacy of that response.   Please send to us copies of the documents
> referenced in your clients' response to Kumon's request for production of documents, and
bill us for the cost.
> 
>  The
> following are outstanding items in Steps to Success and Shah's
> responses to interrogatories:   (1) In interrogatory 4, your clients'
> response does not include the dates of employment, qualifications, or
> salary for each individual; and (2) in response to interrogatories 3,
> 4, 5, 6 and 8, your clients indicate that they have responded for the
> "relevant time period."   However, in these interrogatories, Kumon
> inquires about the time period from January 1, 1992 until the present.
> Please confirm that the "relevant time period" for which you have
> answered is equivalent to the time period for which we asked in each interrogatory.
>  If your clients have answered for any period of time less than what
> Kumon has asked, then you must provide a response for the remaining
> time period requested.
> 
>  Additionally
> pursuant to Fed. R. Civ. Pro. 26(a)(1), you are required to disclose
> the name, address and telephone number of each individual you list.
> Instead, you have generically identified the "parents" of certain
> students in your clients' disclosure, and fail to even list the names of the parents, let
alone those individuals'
> addresses or telephone numbers.
> 
>  Finally,
> we intend to depose Pali Shah on April 17 and 18.   We again ask you
> to confirm these dates for her deposition.    We further request
> dates for the depositions of all individuals listed in your responses
> to interrogatories No. 4 and 9.
> 
>  Please
> provide us with this required information as addressed above and
> contact me with any questions.
> 
>  Regards,
> 
>  Danielle M. Kays
>  CHENG COHEN LLC
>  1101 W Fulton Market, Suite 200
>  Chicago, Illinois 60607
>  T| 312.957.4666
>  M| 312.720.8042
>  F| 312.277.3961
>  danielle.kays@chengcohen.com
> 
>

## Danielle M. Kays

**From:** Danielle M. Kays
**Sent:** Friday, April 11, 2008 1:47 PM
**To:** 'Rory Valas'
**Cc:** Fredric Cohen; 'CCaruso@schwartzcooper.com'; 'srosenberg@schwartzcooper.com'
**Subject:** RE:

Rory:

Your amended complaint needs to be filed by the court. Your threat to cancel the Shah's deposition, scheduled for April 18, for your failure to amend the complaint and serve it upon Tanabe and Conran is groundless and improper. As discussed, we will accept service on their behalf once the amended complaint has been filed and once you provide the appropriate waiver of service forms.

Shah's deposition will proceed as noticed on April 18.

Also, by 5pm today, provide me with a time next week that we can review your client's documents at her center due to the incompleteness of your client's production. The production is not complete as we have discussed, due to her failure to bates label the documents, failure to provide appropriate dates of documents and her failure to respond to Kumon's requests Nos. 1, 8 -10, 12, 14, 19, 21, 24 – 29.

Thank you.

**Danielle M. Kays**
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL 60607
T| 312.957.4666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com

**From:** Danielle M. Kays
**Sent:** Thursday, April 10, 2008 7:45 AM
**To:** 'Rory Valas'
**Cc:** Fredric Cohen
**Subject:** RE:

Rory:

While I will accept service for anything that needs to be served on Tanabe and Conran, I will not accept service of unfiled improper documents such at this complaint.

You should have received our documents yesterday, and the depositions will proceed according to the notice we sent you.

Regarding your 30(b)(6) "computer" notice, I object to your request for a computer with an operating Efile system and am unclear what you are asking.

Finally, please advise if we can review Ms. Shah's documents at her Center tomorrow or Monday, due to the incompleteness of the document production.

Thank you.

**Danielle M. Kays**
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL 60607
T | 312.957.4666
M | 312.720.8042
F | 312.277.3961
danielle.kays@chengcohen.com

**From:** Rory Valas [mailto:rav@franchiseelaw.com]
**Sent:** Tuesday, April 08, 2008 3:27 PM
**To:** Danielle M. Kays
**Subject:**

Danielle:

 Please use this e-mail address. rav@franchiseelaw.com   I rarely check the other one.

We asked in our interrogatories served upon Kumon for the home addresses of defendants Tanabe and Conran. They needed to be served with the Amended Complaint.

Please confirm that your office has agreed to accept service of the Amended Complaint, attached hereto, on their behalf.

We cannot go forward with depositions until they have been notified and been given an opportunity to participate.  If you will not be accepting service, please forward their home addresses today.

In connection with the list of my client's helpers their information was included in the documents produced.  To further assist you we attach a worksheet.  They are independent contractors and the dates of employment are actually dates of contracting.  Most of them are young students.  We insist that you provide detail concerning your allegations in response to our interrogatories before you put these young students through the ordeal of a deposition.  You refer only to the letters and the documents that you still have not produced.  These are not responsive.


Please get back to us.


Rory Valas


**GOLDSTEIN VALAS**
**250 Summer Street**
**Boston , MA 02210**
**rav@franchiseelaw.com**
**617-399-2200**

2

**PRIVILEGED AND CONFIDENTIAL**
**IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE LET US KNOW AND DESTROY THIS MESSAGE.  THANK YOU.**

----- Original Message ----
From: Danielle M. Kays <danielle.kays@chengcohen.com>
To: Rory Valas <rav@franchiseelaw.com>; Fredric Cohen <fredric.cohen@chengcohen.com>
Sent: Monday, April 7, 2008 2:47:38 PM
Subject: RE: Kumon

Rory:

In response to your 30(b)(6) notices of depositions Kumon designates Ron Conran as the person most knowledgeable about defendants' misreporting and Robert Lichtenstein as the person most knowledgeable about the decision to terminate the franchise agreement and the opportunity to cure prior to termination.

Kumon designates Rachel Tumbukon as its witness for the 30(b)(6) computer witness you request.

These witnesses are not available on the dates you proposed.  Mr. Conran is available April 21; Mr. Lichtenstein is available April 22; and Ms. Tumbukon is available April 23.

Rule 26(a)(1) does not require disclosure of the witnesses' home addresses, and I am not sure what you intend to serve.

**Danielle M. Kays**
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.4666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com

## Danielle M. Kays

**From:** Danielle M. Kays
**Sent:** Tuesday, April 08, 2008 2:37 PM
**To:** 'Rory Valas'
**Cc:** 'srosenberg@schwartzcooper.com'; 'CCaruso@schwartzcooper.com'; Fredric Cohen
**Subject:** Kumon v. Shah
**Attachments:** Kumon's First Supp Interrogatories to Defendant.pdf; Kumon Supp Rog Ex A & B.pdf

Rory:

Your client's document production is not bates stamped and not complete.  The documents Shah produced for all every request do not completely address the years or students requested.  Thus, we want access to all files for inspection at Shah's center.  Send us a date and time that we can come to the center this week and inspect your client's documents.

Also, attached please find Kumon's Supplemental Interrogatories due Monday, April 14.

**Danielle M. Kays**
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.4666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com

1

**Danielle M. Kays**

---

**From:**          Fredric Cohen
**Sent:**           Monday, April 14, 2008 5:18 PM
**To:**             Rory Valas
**Cc:**             Danielle M. Kays; Andrew Bleiman

Rory:

We stayed the termination in reliance on your commitment to cooperate with us in light of the expedited nature of the trial.  Kindly tell us today who the woman in the picture is or we will file a motion to compel. Further, Ms. Shah should understand that we voluntarily agreed to this stay of termination.  If she or you intend to be obstreperous we will revisit that decision <u>immediately</u>.

Ric.

Fredric A. Cohen
CHENG COHEN LLC
1101 W. Fulton Market, Suite 200
Chicago, Illinois 60607
P 312.243.1717
F 312.277.3961

fredric.cohen@chengcohen.com
http://www.chengcohen.com