**Danielle M. Kays**

| | |
|---|---|
| From: | Rory Valas [rav@franchiseelaw.com] |
| Sent: | Friday, April 11, 2008 3:15 PM |
| To: | Danielle M. Kays |
| Cc: | srosenberg@schwartzcooper.com; CCaruso@schwartzcooper.com |
| Subject: | FW: Kumon |

More messages likely to come:

---

**From:** sophia love [mailto:gujuchic85@yahoo.com]
**Sent:** Friday, April 11, 2008 3:58 PM
**To:** pyshah@sbcglobal.net; rav@franchiseelaw.com
**Subject:** Kumon

Dear Mr. Rory A. Valas,
This is Sapna Shah an employee of Kumon in Hoffman Estates. On Tuesday March 8, 2008 around 8:30p.m. I have received a deposition letter saying that I have to go on Thursday March 17, 2008, 9:00 in the morning. Unfortunately I will not be able to make it on that day because I have classes from 8 in the morning to 9 at night and I have two exams on that day, which I cannot retake at any other time. I would really appreciated if the timing can be changed to Wednesdays, because I have some free time on that day. Also, the place that they told me to go is again very unconventional for me, because of the fact that I never drive on expressways. I would really appreciated if the meeting can be closer to my college, which is Harper because I am very busy in my college due to finals coming up, and it would be a less burden on me. I would really appreciate you for all help.

Thank You

Sapna Shah.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

**Danielle M. Kays**

**From:** Rory Valas [rav@franchiseelaw.com]
**Sent:** Friday, April 11, 2008 9:28 PM
**To:** Danielle M. Kays
**Subject:** FW:

---

**From:** amara bano [mailto:ammubholi4ever@yahoo.com]
**Sent:** Friday, April 11, 2008 4:27 PM
**To:** rav@franchiseelaw.com
**Subject:**

Mr. Rory Valas,

d
I recieved a letter from the court saying that I need to show up in Chicago on Tuesday, April 15, but I dont think I can go because I have my mid term exams going on that week. If you want I can go some other day and if its closer to Schaumburg and Hoffman Estates it will be much better too. Thanks!

Syeda Amara Bano

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

1

**Danielle M. Kays**

| | |
|---|---|
| From: | Rory Valas [rav@franchiseelaw.com] |
| Sent: | Friday, April 11, 2008 9:29 PM |
| To: | Danielle M. Kays |
| Subject: | FW: Kumon Court Date 2008 |

**From:** dinha farooqui [mailto:dfarooqui28@yahoo.com]
**Sent:** Friday, April 11, 2008 5:49 PM
**To:** Rory Valas
**Subject:** Kumon Court Date 2008

Dear Mr. Valas,

I received an unofficial document saying that I have to appear in court for Kumon during school hours. I am unaware of what I have to go to court of as well. I will not be able to make it because I cannot miss school and I do not have transportation to go downtown and I have never been there by myself. I also have to study for the upcoming AP tests. In addition, I am involved with after school activities that I have commitments to on April 15, 2008. I would appreciate it if the meeting can be moved closer to Hoffman Estates and at later hours, around five.

       Thanks,
        Dinha Farooqui
        (Kumon Employee)

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

# Danielle M. Kays

| | |
|---|---|
| **From:** | Rory Valas [rav@franchiseelaw.com] |
| **Sent:** | Friday, April 11, 2008 9:30 PM |
| **To:** | Danielle M. Kays |
| **Subject:** | FW: Kumon Court Date |

---

**From:** zoya farooqui [mailto:zfarooqui29@yahoo.com]
**Sent:** Friday, April 11, 2008 5:50 PM
**To:** Rory Valas
**Subject:** Kumon Court Date

Dear Mr. Valas,

My sister and I received an unofficial document that commanded me to go to court on April 15, 2008 for Kumon. However, I will not be able to attend on that date because it is during school hours and I have prior commitments. This is also my last year of high school and it is hard for me to miss school and change my schedule to go downtown. I am also unaware of the situation and why I am involved in this case. I am heavily involved in school with Student Council and volunteering after school as well. I also do not have transportation to get me downtown and I have not been to downtown by myself. I would prefer and appreciate the court date being moved to a later time, around five, and location closer to Hoffman Estates.

        Thanks,
        Zoya Farooqui
        (Kumon Employee)

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

1

**Danielle M. Kays**

| | |
|---|---|
| **From:** | Rory Valas [rav@franchiseelaw.com] |
| **Sent:** | Friday, April 11, 2008 9:30 PM |
| **To:** | Danielle M. Kays |
| **Subject:** | FW: Deposition for Kumon |

---

**From:** Christina Kelley [mailto:ckelley25@sbcglobal.net]
**Sent:** Friday, April 11, 2008 5:51 PM
**To:** rav@franchiseelaw.com
**Subject:** Deposition for Kumon

I received the subpoena to appear for my deposition very late on Thursday, April 10. I am unable to appear on such short notice. I work full time as a teacher assistant Monday - Friday from 8:00 AM to 3:00 PM. My students have a math test on Tuesday, April 12, that is required to be read to them as part of their IEP. I do not get a substitute to fill in for me. Also, I need to provide at least 3 business days notice in order to take a personal day. I would be able to appear on Thursday, April 14 if possible. Is there any way to move the location to the Hoffman Estates area instead of Chicago? It is very inconvenient for myself and others to travel there when we all live out here. The current location is about 50 miles from where I live, which would take 2 to 3 hours with any type of traffic. Thank you for your time.

Christina Kelley
10708 Oregon Trail
Huntley, IL 60142

**Danielle M. Kays**

**From:** Rory Valas [rav@franchiseelaw.com]
**Sent:** Monday, April 14, 2008 7:37 AM
**To:** Danielle M. Kays
**Subject:** FW: Kevin Jele's deposition place and time

---

**From:** kevin jele [mailto:k_jele@yahoo.com]
**Sent:** Sunday, April 13, 2008 5:42 PM
**To:** pyshah@SBCGlobal.Net; Rav@franchiseelaw.com
**Subject:** Kevin Jele's deposition place and time

To Whom it May Concern,
It would be very difficult for me to attend the deposition on the appointed date and time. I am a high school senior with a busy school schedule and I do not have transportation to the assigned location. I am requesting that the deposition be moved to a location closer to the work place during after school hours. Also, I do not believe that I was working on the date in question.
Sincerely,
Kevin Jele

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

1

## Danielle M. Kays

**From:** Rory Valas [rav@franchiseelaw.com]
**Sent:** Monday, April 14, 2008 7:37 AM
**To:** Danielle M. Kays
**Subject:** FW: April 15

---

**From:** Foram Soni [mailto:foramsoni89@gmail.com]
**Sent:** Sunday, April 13, 2008 7:38 PM
**To:** rav@franchiseelaw.com
**Subject:** Email Regarding Court Date

Dear Mr. Valas,

    My name is Foram Soni, and I was commanded to attend court on the date of April 15, 2008 at 9:00 AM. Unfortunately, I will be unable to attend due to a hectic course load at school. I also have no transportation and am not allowed to miss any more school. It is a highly inconvenient place and date. If it is necessary for me to attend, it would be preferable if the location was near Hoffman Estates and the time during non-school hours. I apologize for this inconvenience. Thank you for your time.

# Danielle M. Kays

| | |
|---|---|
| **From:** | Rory Valas [rav@franchiseelaw.com] |
| **Sent:** | Monday, April 14, 2008 7:38 AM |
| **To:** | Danielle M. Kays |
| **Subject:** | FW: Pranu Venkata--Kumon |

---

**From:** Pranu Venkata [mailto:pven2492@gmail.com]
**Sent:** Sunday, April 13, 2008 1:08 PM
**To:** Rav@franchiseelaw.com
**Subject:** Pranu Venkata--Kumon

Hi Mr.Valas,
    This is Pranusha Venkata from the Kumon Math and Reading Center. I wanted to inform you that I won't be able to Fulton Market on April 17. This is a very inconvenient time due to such short notice and that it is during school. I don't even have anyone to take me there, and I cannot drive. I also don't see the need for me to attend because I was not working during the months of September and October. I was not at Kumon on October 4, 2007. I would appreciate it if this meeting was scheduled in Hoffman Estates and after school around 3:00 pm. Thankyou!

                                                                     Pranusha Venkata

**Danielle M. Kays**

**From:** Rory Valas [rav@franchiseelaw.com]
**Sent:** Monday, April 14, 2008 7:38 AM
**To:** Danielle M. Kays
**Subject:** FW: Sushma Chinni--Kumon

**From:** Sushma Chinni [mailto:sushmac18@yahoo.com]
**Sent:** Sunday, April 13, 2008 7:20 PM
**To:** rav@franchiseelaw.com
**Subject:** Sushma Chinni--Kumon

To Mr. Rory Valas,

I'm sorry to say I wont be able to attend the meeting on April 16th at 3:00p.m. This time is very inconvenient to me because I need to leave school early in order to attend this meeting. The location (Cheng Cohen) is in downtown Chicago, and it is also inconvenient for me because I live in Hoffman Estates. Concerning October 4, 2007, I will be no use to you because I was not working at Kumon during September and October of 2007 because I was on the school Tennis team. If you still need me, could you please change the time and location of the meeting, as they are both inconvenient to me.

Sincerely,
Sushma Chinni

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

1

April 11, 2008
10 AM

Dear Mr. Shah,

This is in response to a subpoena in a civil case number 07C 7254.

I am 80 years old and must walk with a leg brace and cane. For several years I have not driven more than 2 miles each way to work, grocery shopping etc.

To comply with this document would cause undue burden.

Marion Rustman

Att: Rory A. Valas