## Danielle M. Kays

| | |
|---|---|
| **From:** | Danielle M. Kays |
| **Sent:** | Monday, April 14, 2008 2:25 PM |
| **To:** | 'Rory Valas' |
| **Cc:** | 'CCaruso@schwartzcooper.com'; 'srosenberg@schwartzcooper.com' |
| **Subject:** | Kumon v. Shah Supplemental Interrogatories |

Rory:

We have not received your client's response to Kumon's Supplemental Interrogatories which are due today.  Please forward your responses.

**Danielle M. Kays**
Cheng Cohen LLC
1101 W. Fulton Market, Suite 200
Chicago, IL  60607
T| 312.957.4666
M|312.720.8042
F| 312.277.3961
danielle.kays@chengcohen.com

**Exhibit F**