**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **KUMON NORTH AMERICA, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 07 C 7254** |
| | ) | |
| **v.** | ) | **Judge Norgle** |
| | ) | **Magistrate Judge Schenkier** |
| **STEPS TO SUCCESS, INC. AND PALI SHAH,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF MOTION**

**To: SEE ATTACHED CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on **May 2, 2008**, at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles Norgle in Courtroom 2341 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion to Compel, a copy of which has been served on you.

Dated: April 25, 2008                    Respectfully submitted,

                                             **KUMON NORTH AMERICA, INC.**

                                             By: s/ Danielle M. Kays
                                                     One of its Attorneys

Fredric A. Cohen
Andrew P. Bleiman
Danielle M. Kays
**CHENG COHEN LLC**
1101 West Fulton Market, Suite 200
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
andrew.bleiman@chengcohen.com
danielle.kays@chengcohen.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed Plaintiff's Notice of Motion and Motion to Compel with the Clerk of Court using the **CM/ECF system**.

s/ Danielle M.Kays