# AFFIDAVIT OF SERVICE

**CASE NUMBER**: 07 C 7254

**PLAINTIFF:** <u>KUMON NORTH AMERICA</u>

**DEFENDANT:** <u>STEPS TO SUCCESS, INC and PALI SHAH</u>

**PERSON SERVED:** <u>Christina Kelley</u>

1.  AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, FILED IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, AND I SERVED THE ABOVE CITED PARTY WITH A:

    ☐ SUMMONS & COMLAINT   ☐ CITATION   ☒ RULE   ☐ ORDER   ☐ SUBPOENA   ☒ NOTICE

    ☐ WAGE DEDUCTION SUMMONS, NOTICE 4 COPIES OF THE AFFIDVIT / INTERROGATORIES

    ☐ GARNISHMENT SUMMONS & AFFIDAVIT, FOR WHICH I MAILED A COPY TO THE JUDGEMENT DEBTOR WITHIN TWO DAYS OF SERVICE ALONG WITH ANY REQUIRED NOTICE OF EXEMPTION AND / OR CITATION.

2.  **I SERVERED THE ABOVE CITED PARTY BY**:

    ☒ **PERSONAL SERVICE**: PERSONALLY DELIVERING THE COPIES TO THE ABOVE CITED PARTY

    ☐ **SUBSTITUTE SERVICE**: LEAVING THE COPIES WITH OR IN THE PRESENSE OF

    AT THE ABOVE CITED PARTIES:
    ☐ (HOME) WITH A COMPETENT MEMBER OF THE HOUSEHOLD, AT LEAST 13 YEARS OF AGE, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. I THEN MAILED A COPY OF THE PAPERS TO THE ABOVE CITED PARTY SERVED AT HIS/HER USUAL PLACE OF ABODE ON:
    **DATE MAILED**:
    ☐ (BUSINESS) WITH A PERSON OF AT LEAST 18 YEARS OF AGE, WHO WAS APPARENTLY IN CHARGE AT THE USUAL PLACE OF BUSINESS OF THE ABOVE CITED PARTY:
    **TITLE OF PERSON SERVED**: _____

    **NAME OF PERSON SERVED:** <u>Christina Kelley</u>

3.  **DESCRIPTION OF PERSON SERVED**:   ☐ MALE  ☒ FEMALE,  ☒ W  ☐ B  ☐ H  ☐ A  ☐ AMER INDIAN,

    <u>5' 5"</u> HEIGHT <u>130"</u> WEIGHT, _____ EYES, <u>blonde</u> HAIR, <u>35</u> AGE, ☐ GLASSES, ☐ FACIAL HAIR

4.  **SERVICE COMPLETED AT**: <u>10708 Oregon Trail</u>

    CITY: <u>Huntley</u>  STATE: <u>IL</u>  ZIP: <u>60142</u>  DATE: <u>4/27/08</u>  TIME: <u>5:45</u>  ☐ AM  ☒ PM

5.  **SERVICE NOT COMPLETED BECAUSE**:
    ☐ PARTY MOVED  ☐ PARTY DECEASED  ☐ INCORRECT ADDRESS  ☐ NO SUCH ADDRESS  ☐ OTHER

6.  **PROCESS SERVER**

    ☐ A SPECIAL PROCESS SERVER APPOINTED BY THE CIRCUIT COURT OF _____ COUNTY, ILLINOIS TO SERVE PROCESS IN THE ABOVE MENTIONED CAUSE.

    ☒ EMPLOYEE OF A LICENSED PRIVATE DETECTIVE AGENCY:

    STATE OF ILLINOIS PERMANENT EMPLOYEE REGISTRATION NUMBER: <u>115-001077</u>

    STATE OF ILLINOIS PRIVATE DETECTIVE AGENCY NUMBER: <u>117-001244</u>

7.  **COST**: $_____

8.  I DECLARE UNDER PENALTIES AS PROVIDED BY LAW, PURSUANT TO 1-100 OF THE ILLINOIS CODE OF CIVIL PROCEDURE, THAT THE STATEMENTS SET FORTH, HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

    **DATE**: <u>4/28/08</u>       **SIGNATURE**: _____