UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KUMON NORTH AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **C.A. No. 07 C 7254** |
| ) | |
| STEPS TO SUCCESS, INC. ) | JUDGE NORGLE |
| and PALI SHAH, ) | MAGISTRATE JUDGE SCHENKIER |
| ) | |
| Defendants. ) | |
| ) | |

[Proposed]  ORDER REGARDING DEPOSITIONS
---

For good cause shown, it is hereby ordered that:

1. Kumon must take reasonable steps to avoid imposing undue burden or expense upon non-party witnesses that it seeks to depose. In doing so, Kumon will be required to at least:

    a. take the depositions, if any, of the contract employees of Steps to Success, Inc. at the office available in Hoffman Estates or at some other location close to Hoffman Estates; and

    b. conduct the depositions, if any, of the contract employees of Steps to Success, Inc. only after the proposed witnesses have completed work or school or after-school activities such as sports, or as agreed by the witness.

2

    2.    Steps to Success, Inc. is hereby awarded its attorneys' fees in opposing the Motions filed by Kumon and filing this Motion for Protective Order, but that order will be stayed pending the determination fees after the trial of this case on the merits.

So Ordered:

_____