## Rory Valas

**From:** Rory Valas [rav@franchiseelaw.com]
**Sent:** Monday, April 14, 2008 3:51 PM
**To:** 'Danielle M. Kays'

Danielle:

Attached is a statement from the ninth of the ten contract employees that you sought to depose this week. We forwarded e-mails to you from eight of the others and the tenth evidently is away on vacation.

As there was no effort to actually schedule the depositions with my office or with the witnesses, I am not planning on being in Chicago for those depositions. However, I will be in town for Ms. Shah's deposition on Friday.

I will also be in town for Mr. Conran April 21 and Mr. Lichtenstein April 22.

We need to discuss the location in New Jersey and the availability of the computer for Ms. Tumbukon April 23.

FYI, my client indicated that the vacant office near her learning center may be available as a convenient location for the depositions of the contract employees.

Rory Valas


**GOLDSTEIN VALAS, LLC**
**250 Summer Street**
**Boston, MA 02210**
rav@franchiseelaw.com
**617-399-2200**

**PRIVILEGED AND CONFIDENTIAL**
**If you are not the intended Recipient, Please let us know and destroy this message. Thank you.**