UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KUMON NORTH AMERICA, INC.,    )
    )
    Plaintiff,    )
    )
v.    )    **C.A. No.  07 C 7254**
    )
STEPS TO SUCCESS, INC.    )    JUDGE NORGLE
and PALI SHAH,    )    MAGISTRATE JUDGE SCHENKIER
    )
    Defendants.    )
    )

[PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL DISCOVERY
AND FOR LEAVE TO COMPLETE TRIAL PREPARATIONS

For good cause shown, the Court hereby orders:

1.    Kumon to produce before May 8, 2008:

    a.    Copies of the original Excel files submitted by S2S to Kumon as part of the E-File reporting system;

    b.    Copies of the original Excel Spreadsheet file prepared by Mr. Conran that Kumon used to base its decision to terminate the franchise agreement;

    c.    Copies of the original new enrollment application forms that S2S mailed to Kumon;

    d.    the enrollment records from the other Kumon learning centers at which the following students were enrolled before transferring to S2S' Hoffman Estates learning center.:

        Patel Kishan student Id # 0025010138

        Saraf Anika  Student ID # 0212002674 and #3843000306

Patel Shriya Student Id # 3601000341

Meehan Madelyn Id # 0092010643

Salwan Ambika Id # 0181001200

2.    Kumon to produce Mr. Mino Tanabe and Lisa Welch for deposition at a mutually agreed upon date and time before trial;

3.    S2S has leave to supplement its pretrial submissions, including appropriate references to deposition testimony by May 9, 2008; and

4.    S2S' Fraud Examiner expert has leave to review additional materials, including the deposition transcripts which are not yet available, in support of his opinions and to amend his report if he deems it appropriate.

So Ordered:

_____