UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Kumon North America, Inc.
                    Plaintiff,

v.                                    Case No.: 1:07−cv−07254
                                      Honorable Charles R. Norgle Sr.

Steps to Success, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2008:

 MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Plaintiff's Motion for Rule to Show Cause [17] is granted. Plaintiff's Motion to Compel [19] is taken under advisement. Defendants shall respond to three interrogatories on or before 5/9/2008. Defendants shall file a certification of all documents they have turned over on or before 5/9/2009. Defendant's Motion for Protective Order [22] is denied. Defendants' Motion for Protective Order [23] is denied. Defendants&#039; Motion for Extension of Time to Complete Discovery [24] is granted in part and denied in part. Motion hearing held on 5/2/2008. Status hearing set for 5/23/2008 at 10:30 a.m. The May 23, 2008 trial date is stricken. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.