Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7254 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Kumon North America vs. Steps to Success, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Docket Correction: On June 13, 2008 the Court dismissed this case with prejudice pursuant to the parties' settlement. See Docket [29]. Therefore, the Motion by Plaintiff to compel [19] should be stricken as moot.

*/s/ Charles R. Norgle*



FILED
2008 JUL 17 PM 5:01
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|